# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GUADALUPE PONCE-BETANZOS, and ISABEL BETANZOS <br><br> Defendants. | Case No.: **21-MJ-4393** <br><br> COMPLAINT FOR VIOLATION OF <br><br> 18 U.S.C. § 371 Conspiracy <br> 18 U.S.C. § 545 Smuggling Goods Into the United States (Felony) <br> 18 U.S.C. § 2 Aiding and Abetting |

The undersigned complainant being duly sworn states:

## COUNT 1

Beginning on a date unknown but at least as early as October 31, 2021, and continuing up to and including on or about November 1, 2021, within the Southern District of California, defendants GUADALUPE PONCE-BETANZOS and ISABEL BETANZOS did knowingly and intentionally combine, conspire, and agree to commit an offense against the laws of the United States, to wit, to knowingly and willfully, with the intent to defraud the United States, smuggle and clandestinely introduce into the United States, merchandise, which should have been invoiced, in violation of Title 18, United States Code, Sections 545 and 2.

In furtherance of the conspiracy, the following overt acts were committed within the Southern District of California:

1.   On or about November 1, 2021, in San Diego, California, defendants GUADALUPE PONCE-BETANZOS and ISABEL BETANZOS entered the United States from Mexico with eighteen containers of undeclared Mexican pesticides.

All in violation of Title 18, United States Code, Section 371.

<u>COUNT 2</u>

On or about November 1, 2021, within the Southern District of California, defendants GUADALUPE PONCE-BETANZOS and ISABEL BETANZOS did knowingly and willfully, with the intent to defraud the United States, smuggle and clandestinely introduce, and attempt to smuggle and clandestinely introduce into the United States, merchandise, which should have been invoiced, to wit: Mexican pesticides, that is, 18 one-liter bottles of "Metaldane 600," in violation of Title 18, United States Code, Sections 545 and 2.

//

//

//

//

2

1
2
3

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

4
5
6

_____
Michael Lesley, Special Agent
Homeland Security Investigations

7
8
9
10

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on November 3, 2021.

11
12
13
14

_____
HON. ALLISON H. GODDARD
U.S. MAGISTRATE JUDGE

15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

United States of America

v.

Guadalupe PONCE-Betanzos and Isabel BETANZOS

<u>PROBABLE CAUSE STATEMENT</u>

I, Special Agent Michael Lesley, declare under penalty of perjury, the following is true and correct:

According to CBP reporting, at about 4:25 p.m. on November 1, 2021, Guadalupe PONCE-Betanzos entered the United States at the Otay Mesa Port of Entry as the driver of a blue 2010 Subaru Outback, bearing California license plates. Isabel BETANZOS and a minor were passengers in the vehicle. The CBP Officer twice asked PONCE if she had anything to declare, and PONCE declared nothing. As the CBP Officer inspected the rear cargo area of the vehicle, he located several bags containing bottles pesticides concealed beneath cans of beer and snacks. The vehicle was then referred to the secondary lot for further inspection. In the secondary lot, a CBP Officer seized 18 one-liter bottles of "Metaldane 600." A receipt from a company called Quimical for the purchase of 18 bottles of Metaldane 600 on October 9, 2021, was also located in the vehicle.

After being advised of her Constitutional rights and waiving her rights in writing, PONCE stated that the car she was driving belonged to a friend of hers. She stated that her friend let her borrow the car to drive to Mexico so that she and her sister, BETANZOS, could drop off a computer to this friend's relative. PONCE

stated that while they were in Mexico, they met with their friend's relative, and when they gave this person the computer, this person placed some items, including the pesticides, in the car they were driving and asked that PONCE and BETANZOS deliver the items to their friend in the United States. PONCE said that the plan was for her sister, BETANZOS, to drop her off at her house in California, and that then BETANZOS would deliver the pesticides and return the car to their friend.

After being advised of her Constitutional rights and waiving her rights in writing, BETANZOS stated that the car she and her sister were driving belonged to a friend of theirs. She stated that this friend let them borrow their car and gave BETANZOS $500 to drive to Mexico and drop off some clothing and a computer to a relative. BETANZOS stated that when they met with their friend's relative in Mexico and delivered the clothes and computer, this person placed items in the vehicle, including "liquids," and asked BETANZOS and PONCE to deliver these items to their friend in the United States. BETANZOS stated that the relative provided her with the paperwork associated with the liquids. BETANZOS admitted that she and PONCE did not declare the pesticides to the Customs and Border Protection Officer at the primary booth.

According to the labels, the eighteen containers of Metaldane 600 contained one liter of pesticide each and had the active ingredient methamidophos at a

concentration of 48.3%.   EPA special agents advised that in the United States, methamidophos is a cancelled pesticide – meaning that it is no longer a pesticide registered with the EPA – because it is lethal if ingested, absorbed through the skin, or inhaled; highly toxic to bees; very highly toxic to birds; highly toxic to mammals; very highly toxic to freshwater invertebrates; toxic to estuarine and marine fish and invertebrates; capable of entering surface water as runoff; and a risk to drinking water.

Federal law prohibits the distribution and sale of canceled or unregistered pesticides.  7 U.S.C. §136j(a)(1)(A).  Only pesticides registered with the EPA may be imported or sold in the United States.   7 U.S.C. §136o(c).   All pesticides intended for use in the United States must bear their EPA registration number on their labels, preceded by the phrase "EPA Registration No." or "EPA Reg. No." 40 C.F.R. §156.10(e).  In addition, all required information on a label must appear in the English language.  40 C.F.R. §156.10(a)(3).  The containers of pesticides found with PONCE and BETANZOS were labeled only in Spanish and bore no EPA registration numbers.

The lawful importation of pesticides into the United States requires a Notice of Arrival to be provided to U.S. Customs, pursuant to 19 CFR 12.112.  PONCE and BETANZOS provided no such Notice of Arrival for the pesticides in this case.

PONCE and BETANZOS were each served with a Notice to Appear on November 9, 2021, on the charge of Smuggling, in violation of 18 USC § 545.